IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ACCEPTANCE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 05-95-GPM |
| ) | |
| POLYONE CORPORATION, as successor ) in interest to DENNIS CHEMICAL ) COMPANY, INC., PHARMACIA ) CORPORATION, and SOLUTIA, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court on a stipulation for dismissal (designated as a "joint motion for voluntary dismissal") signed by all parties pursuant to Federal Rule of Civil Procedure 41(a)(1). *Doc. 7.*

**IT IS ORDERED AND ADJUDGED** that all claims in this action are **DISMISSED with prejudice** pursuant to the parties' stipulation. The parties shall bear their own costs and attorney's fees.

**DATED**: 01/09/07

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED: s/ G. Patrick Murphy
G. PATRICK MURPHY
CHIEF U.S. DISTRICT JUDGE